AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

WHITNEY C. PHILLIPS,
        Plaintiff,

        v.

MAGGIE MILLER; DONNA BYNES; JULIE THOMAS; STEVE DALTON; SAM CHINIENTI; and WASHINGTON STATE (DOC),
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-0298-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is dismissed without prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. 1915(e)(2) and 1915A(b)(1).

January 29, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas